598

September 20, 1965

Reap. Dec. 11063.—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, 
 Entered at Buffalo, N.Y. Reap.
Dec. 11058. Motion by plaintiff.